# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# CENTRAL DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | No. 2:21-cr-04024-SRB |
| Plaintiff, | 18 U.S.C. § 922(g)(1) |
| | NMT 10 Years Imprisonment |
| v. | NMT $ 250,000 Fine |
| | NMT 3 Years Supervised Release |
| **ERIC KEGLER LAMBERT**, | Class C Felony |
| [DOB: 12/14/1987] | |
| | $100 Special Assessment |
| Defendant. | |

## I N D I C T M E N T

**THE GRAND JURY CHARGES THAT:**

(Felon in Possession of Firearms)
<u>18 U.S.C. § 922(g)(1)</u>

On or about February 20, 2021, within Boone County, in the Western District of Missouri, the defendant, **ERIC KEGLER LAMBERT**, knowing he had previously been convicted of a crime punishable for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, that is, a Glock model 19, 9-mm semi-automatic handgun, serial number BKVE570; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

*/S/ Eugene O'Loughlin*
**FOREPERSON OF THE GRAND JURY**

*/S/ Aaron M. Maness*
**AARON M. MANESS**
Assistant United States Attorney
Missouri Bar No. 63666

Dated:   04/14/2021